1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Ste. 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021

5  Attorneys for defendants
   P. SAHOTA, M.D., CMO, I. CARDENO, M.D.,
6  J. TORRUELLA, M.D., A. DAZO, M.D.,
   B. LEE, M.D., J. DUNLAP, JR, M.D. and
7  J. CHRISTISON, RN.

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JEFFREY GAUTIER, NORMA HOLMS, individually, and as Guardian of DAKOTA GAUTIER, | CASE NO: 2:07-CV-00390 RRB-CMK |
| Plaintiffs, | **STIPULATION AND ORDER** |
| vs. | |
| RODRICK HICKMAN, JEANNE WOODFORD, RENEE KANAN, PETER FARBER-SZEKRENYI, WARDEN MATTHEW C. KRAMER, ASSOCIATE WARDEN L. RIANDA, P. SAHOTA, M.D., CMO, I. CARDENO, M.D., J. TORRUELLA, M.D.,A. DAZO, M.D., B. LEE, M.D., J. DUNLAP, JR, M.D., J. CHRISTISON, R.N., W. STROUD, R.N., MTA EASTERLING, MTA FARINGER, CO REINALDO, CO BEBOUT, CO COATS, SGT. OLVERA, CLASSIFICATION AND PAROLE REPRESENTATIVE, GARY CLIFT and RENAEE MATHIS (nominal defendant) and DOES 1 through 40, Inclusive, | |
| Defendants. | |

Because of a conflict declared by the Attorney General's Office, counsel for the defendants have or are in the process of obtaining separate counsel.  Although Bruce Kilday has not appeared as counsel of record in this case, he will do so soon.

*Gautier v. Hickman, et al.* [Civ S 07-00390 RRB CMK]Stipulation and Order Regarding New Dates     Page 1

Counsel for the parties to this stipulation represent to the Court that Mr. Kilday is in agreement with this stipulation.  The stipulation and continuance of the related dates is required because the parties have been unable to conduct discovery while the process of the substitution has occurred.

      The parties in this action hereby stipulate to the following schedule with regard to this case:

         Expert disclosure due on May 8, 2008

         Supplemental expert disclosure due on May 23, 2008

         Dispositive motions must be filed by July 9, 2008

         Dispositive motions must be heard by August 6, 2008

         Joint Pretrial Statement must be filed by September 12, 2008

         Final Pretrial Conference on September 19, 2008 at 2:00 p.m.

         Trial on November 10, 2008 at 8:30 a.m..

Dated: 11/9/07        LAW OFFICES OF RICHARD SELTZER

By: /s/ Richard Seltzer
    RICHARD SELTZER, CSB # 92317
    Attorneys for Estate of JEFFREY GAUTIER,
    NORMA HOLMS, individually, and as Guardian
    of DAKOTA GAUTIER

Dated: 11/9/07        WILLIAMS & ASSOCIATES

By: /s/ Kathleen J. Williams
    KATHLEEN J. WILLIAMS, CSB #127021
    Attorneys for defendants, P. SAHOTA, M.D.,
    CMO, I. CARDENO, M.D., J. TORRUELLA,
    M.D., A. DAZO, M.D., B. LEE, M.D.
    J. DUNLAP, JR, M.D. and J. CHRISTISON,
    R.N.

**IT IS SO ORDERED.**

Dated:  11/13/2007        /s/ Ralph R. Beistline
    Judge Ralph Beistline, USDC
    Eastern District of California