**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
P. SAHOTA, M.D., CMO, I. CARDENO, M.D.,
J. TORRUELLA, M.D., A. DAZO, M.D.,
J. CHRISTISON, R.N. B. LEE, M.D.,
J. DUNLAP, JR, D.O., MTA EASTERLING and
MTA FARINGER

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of JEFFREY GAUTIER, NORMA HOLMS, individually, and as Guardian of DAKOTA GAUTIER,<br><br>Plaintiffs,<br><br>vs.<br><br>RODRICK HICKMAN, JEANNE WOODFORD, RENEE KANAN, PETER FARBER-SZEKRENYI, WARDEN MATTHEW C. KRAMER, ASSOCIATE WARDEN L. RIANDA, P. SAHOTA, M.D., CMO, I. CARDENO, M.D., J. TORRUELLA, M.D.,A. DAZO, M.D., B. LEE, M.D., J. DUNLAP, JR, M.D., J. CHRISTISON, R.N., W. STROUD, R.N., MTA EASTERLING, MTA FARINGER, CO REINALDO, CO BEBOUT, CO COATS, SGT. OLVERA, CLASSIFICATION AND PAROLE REPRESENTATIVE, GARY CLIFT and RENAEE MATHIS (nominal defendant) and DOES 1 through 40, Inclusive,<br><br>Defendants. | CASE NO: 2:07-CV-00390 RRB-CMK<br><br>**STIPULATION OF DISMISSAL FOR DEFENDANT J. DUNLAP, JR., D.O.** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that defendant J. DUNLAP, JR., D.O. be, and hereby is,

*Gautier v. Hickman, et al.* [Civ S 07-00390 RRB CMK]/Stipulation and Order of Dismissal for Dunlap          Page 1

dismissed with prejudice from the above-captioned action, pursuant to FRCP 41(a)(1), each side to bear its own costs and attorneys fees.

Dated: 12/17/07         LAW OFFICES OF RICHARD SELTZER

                        By: /s/ *Richard Seltzer* original signature retained by counsel
                            RICHARD SELTZER, CSB #92317
                            Attorneys for plaintiffs Estate of Jeffrey
                            Gautier, NORMA HOLMS, individually, and as
                            Guardian of DAKOTA GAUTIER

Dated: 12/17/07         WILLIAMS & ASSOCIATES

                        By:/s/ *Kathleen J. Williams* original signature retained by counsel
                            KATHLEEN J. WILLIAMS, CSB #127021
                            Attorneys for defendants, P. SAHOTA, M.D.,
                            CMO, I. CARDENO, M.D., J. TORRUELLA,
                            M.D., A. DAZO, M.D., J. CHRISTISON, B.
                            LEE, M.D., J. DUNLAP, JR, D.O., MTA
                            EASTERLING and MTA FARINGER

Dated: 12/17/07         ANGELO, KILDAY & KILDUFF

                        By: /s/ *Doug Thorn for Bruce Kilday* original signature retained by counsel
                            BRUCE KILDAY, CSB #66415
                            Attorneys for defendants RODRICK
                            HICKMAN, JEANNE WOODFORD, RENEE
                            KANAN, PETER FARBER-SZEKRENYI,
                            WARDEN MATTHEW C. KRAMER,
                            ASSOCIATE WARDEN L. RIANDA, CO
                            REINALDO, CO BEBOUT, CO COATS, SGT.
                            OLVERA, CLASSIFICATION AND PAROLE
                            REPRESENTATIVE, GARY CLIFT and
                            RENAEE MATHIS

**IT IS SO ORDERED**

Dated: 12/18/2007       /s/ Ralph R. Beistline
                        Ralph R. Beistline, Judge,
                        United States District Court,
                        Eastern District of California

*Gautier v. Hickman, et al.* [Civ S 07-00390 RRB CMK]/Stipulation and Order of Dismissal for Dunlap        Page 2