**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
P. SAHOTA, M.D., CMO, I. CARDENO, M.D.,
J. TORRUELLA, M.D., A. DAZO, M.D.,
J. CHRISTISON, R.N. B. LEE, M.D.,
J. DUNLAP, JR, M.D., MTA EASTERLING and
MTA FARINGER

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of JEFFREY GAUTIER, NORMA HOLMS, individually, and as Guardian of DAKOTA GAUTIER,<br><br>Plaintiffs,<br><br>vs.<br><br>RODRICK HICKMAN, JEANNE WOODFORD, RENEE KANAN, PETER FARBER-SZEKRENYI, WARDEN MATTHEW C. KRAMER, ASSOCIATE WARDEN L. RIANDA, P. SAHOTA, M.D., CMO, I. CARDENO, M.D., J. TORRUELLA, M.D.,A. DAZO, M.D., B. LEE, M.D., J. DUNLAP, JR, M.D., J. CHRISTISON, R.N., W. STROUD, R.N., MTA EASTERLING, MTA FARINGER, CO REINALDO, CO BEBOUT, CO COATS, SGT. OLVERA, CLASSIFICATION AND PAROLE REPRESENTATIVE, GARY CLIFT and RENAEE MATHIS (nominal defendant) and DOES 1 through 40, Inclusive,<br><br>Defendants. | CASE NO: 2:07-CV-00390 RRB-CMK<br><br>**STIPULATION OF DISMISSAL FOR DEFENDANT B. LEE, M.D.** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that defendant B. LEE, M.D. be, and hereby is, dismissed with

*Gautier v. Hickman, et al.* [Civ S 07-00390 RRB CMK]/Stipulation and Order of Dismissal for Lee, M.D.     Page 1

1  prejudice from the above-captioned action, pursuant to FRCP 41(a)(1), each side to
2  bear its own costs and attorneys fees.

3  Dated: 12/17/07                    LAW OFFICES OF RICHARD SELTZER

4

5                                     By: /s/ *Richard Seltzer* original signature retained by counsel
                                           RICHARD SELTZER, CSB #92317
6                                          Attorneys for plaintiffs Estate of Jeffrey
                                           Gautier, NORMA HOLMS, individually, and as
7                                          Guardian of DAKOTA GAUTIER

8  Dated: 12/17/07                    WILLIAMS & ASSOCIATES
9

10                                    By:/s/ *Kathleen J. Williams* original signature retained by counsel
                                           KATHLEEN J. WILLIAMS, CSB #127021
11                                         Attorneys for defendants, P. SAHOTA, M.D.,
                                           CMO, I. CARDENO, M.D., J. TORRUELLA,
12                                         M.D., A. DAZO, M.D., J. CHRISTISON, B.
                                           LEE, M.D., J. DUNLAP, JR, D.O., MTA
13                                         EASTERLING and MTA FARINGER

14

15 Dated: 12/17/07                     ANGELO, KILDAY & KILDUFF

16

17                                    By:  /s/ *Doug Thorn for Bruce Kilday* original signature retained by counsel
                                           BRUCE KILDAY, CSB #66415
18                                         Attorneys for defendants RODRICK
                                           HICKMAN, JEANNE WOODFORD, RENEE
19                                         KANAN, PETER FARBER-SZEKRENYI,
                                           WARDEN MATTHEW C. KRAMER,
20                                         ASSOCIATE WARDEN L. RIANDA, CO
                                           REINALDO, CO BEBOUT, CO COATS, SGT.
21                                         OLVERA, CLASSIFICATION AND PAROLE
                                           REPRESENTATIVE, GARY CLIFT and
22                                         RENAEE MATHIS

23 **IT IS SO ORDERED**

24

25 Dated: 12/18/2007                   /s/ Ralph R. Beistline
                                       Ralph R. Beistline, Judge,
26                                     United States District Court,
                                       Eastern District of California
27

28  *Gautier v. Hickman, et al.* [Civ S 07-00390 RRB CMK]/Stipulation and Order of Dismissal for Lee, M.D.    Page 2