1 **WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
2 Sacramento, CA 95822
(916) 456-1122
3 (916) 737-1126 (fax)

4 Kathleen J. Williams, CSB #127021

5 Attorneys for defendants
P. SAHOTA, M.D., CMO, I. CARDENO, M.D.,
6 J. TORRUELLA, M.D., A. DAZO, M.D.,
J. CHRISTISON, R.N. MTA EASTERLING,
7 MTA FARINGER, RENEE KANAN, M.D. and
PETER FARBER-SAYRENSKI, M.D.

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of JEFFREY GAUTIER, NORMA HOLMS, individually, and as Guardian of DAKOTA GAUTIER,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>RODRICK HICKMAN, JEANNE WOODFORD, RENEE KANAN, PETER FARBER-SZEKRENYI, WARDEN MATTHEW C. KRAMER, ASSOCIATE WARDEN L. RIANDA, P. SAHOTA, M.D., CMO, I. CARDENO, M.D., J. TORRUELLA, M.D.,A. DAZO, M.D., B. LEE, M.D., J. DUNLAP, JR, M.D., J. CHRISTISON, R.N., W. STRAND, R.N., MTA EASTERLING, MTA FARINGER, CO REINALDO, CO REBOUT, CO COATS, Sergeant. ALVERA, CLASSIFICATION AND PAROLE REPRESENTATIVE GARY CLIFT and RENAEE MATHIS (nominal defendant) and DOES 1 through 40, Inclusive,<br><br>　　　　　　Defendants. | CASE NO: 2:07-CV-00390 RRB-CMK<br><br>**SUBSTITUTION OF ATTORNEYS FOR DEFENDANT, RENEE KANAN, M.D.** |

　　　Defendant, RENEE KANAN, M.D., hereby substitutes the following counsel in place and in stead of the Attorney General's Office:

---

*Gautier v. Hickman, et al.* [Civ S 07-00390 RRB CMK]Substitution of Attorneys (Kanan)　　　　　　Page 1

Kathleen J. Williams, CSB #127021
WILLIAMS & ASSOCIATES
1250 Sutterville Road, Suite 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

All counsel in this matter are requested to direct all communications to the above-referenced address beginning immediately.

I consent to this substitution.

Dated: 1/25/08                    ATTORNEY GENERAL OF THE STATE
                                  OF CALIFORNIA


                                  By: /s/ *Megan O'Carroll* original signature retained by counsel
                                      Megan R. O'Carroll,
                                      Deputy Attorney General
                                      Attorney for defendant,
                                      RENEE KANAN, M.D.

I consent to this substitution.

Dated: 1/28/08                    /s/ *RENEE KANAN, M.D.* original signature retained by counsel
                                      RENEE KANAN, M.D.

I accept this substitution.

Dated: 1/28/08                    WILLIAMS & ASSOCIATES


                                  By: /s/ *Kathleen J. Williams*
                                      Kathleen J. Williams, CSB #127021

**IT IS SO ORDERED.**


Dated: January 28, 2008           /s/ Ralph R. Beistline
                                  United States District Court Judge
                                  Eastern District of California