**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendant
JOSEPH TORRUELLA, M.D.

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JEFFREY GAUTIER, NORMA HOLMS, individually, and as Guardian of DAKOTA GAUTIER,<br><br>          Plaintiffs,<br><br>vs.<br><br>RODRICK HICKMAN, JEANNE WOODFORD, RENEE KANAN, PETER FARBER-SZEKRENYI, WARDEN MATTHEW C. KRAMER, ASSOCIATE WARDEN L. RIANDA, P. SAHOTA, M.D., CMO, I. CARDENO, M.D., J. TORRUELLA, M.D.,A. DAZO, M.D., B. LEE, M.D., J. DUNLAP, JR, M.D., J. CHRISTISON, R.N., W. STRAND, R.N., MTA EASTERLING, MTA FARINGER, CO REINALDO, CO REBOUT, CO COATS, Sergeant. ALVERA, CLASSIFICATION AND PAROLE REPRESENTATIVE GARY CLIFT and RENAEE MATHIS (nominal defendant) and DOES 1 through 40, Inclusive,<br><br>          Defendants. | CASE NO: 2:07-CV-00390 RRB-CMK<br><br>**SUBSTITUTION OF ATTORNEYS FOR DEFENDANT, MTA FARINGER** |

Defendant, MTA FARINGER, hereby substitutes the following counsel in place and in stead of the Attorney General's Office:

Kathleen J. Williams, CSB #127021
WILLIAMS & ASSOCIATES
1250 Sutterville Road, Suite 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

*Gautier v. Hickman, et al.* [Civ S 07-00390 RRB CMK]Substitution of Attorneys (Faringer)                              Page 1

1  All counsel in this matter are requested to direct all communications to the above-
2 referenced address beginning immediately.
3 I consent to this substitution.
4
5 Dated: 10/22/07                           ATTORNEY GENERAL OF THE STATE
                                            OF CALIFORNIA
6
7
                                            By: /s/ Megan O'Carroll original signature retained by counsel
8                                               Megan R. O'Carroll,
                                                Deputy Attorney General
9                                               Attorney for defendant, MTA FARINGER
10
   I consent to this substitution.
11
12 Dated: 11/12/07                          /s/ Michael Faringer original signature retained by counsel
                                            MTA FARINGER
13
14 I accept this substitution.
15
   Dated: 11/14/07                          WILLIAMS & ASSOCIATES
16
17
                                            By: Kathleen J. Williams
18                                              Kathleen J. Williams, CSB #127021
19 **IT IS SO ORDERED.**
20
21 Dated: January 29, 2008
                                            /s/ Ralph R. Beistline
22                                          United States District Court Judge
                                            Eastern District of California
23
24
25
26
27
28 *Gautier v. Hickman, et al.* [Civ S 07-00390 RRB CMK]Substitution of Attorneys (Faringer)          Page 2