BRUCE A. KILDAY, ESQ., SB No. 066415
DOUGLAS R. THORN, SB No. 133521
SUSAN A. DeNARDO, SB No. 235166
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants RODRICK HICKMAN, JEANNE WOODFORD, WARDEN MATTHEW C. KRAMER, ASSOCIATE WARDEN L. RIANDA, CO REINALDO, CO REBOUT, CO COATS, Sgt. OLVERA and Classification and Parole Representative GARY CLIFT

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of JEFFREY GAUTIER, NORMA HOLMS, individually, and as Guardian of DAKOTA GAUTIER<br><br>Plaintiffs,<br><br>vs.<br><br>RODERICK HICKMAN, et al.,<br><br>Defendants. | Case No.: 2:07-CV-00390 RRB-CMK<br><br>**SUBSTITUTION OF ATTORNEYS FOR DEFENDANT RODRICK HICKMAN** |

Defendant RODRICK HICKMAN, hereby substitutes the following counsel in place and in stead of the Attorney General's Office:

Bruce A. Kilday, SB #066415
Douglas R. Thorn, SB # 133521
Susan A. DeNardo, SB #235166
ANGELO, KILDAY & KILDUFF
601 University Avenue, Suite 150
Sacramento, CA 95825
Tel:  (916) 564-6100
Fax:  (916) 564-6263
Email:  bkilday@akk-law.com

PDF created with pdfFactory trial version www.pdffactory.com

1  All counsel in this matter are requested to direct all communications to the above-
2  referenced address beginning immediately.
3  I consent to this substitution.
4  Dated: 1-10-08

ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

*/s/ Megan R. O'Carroll*
By: _____
Megan R. O'Carroll,
Deputy Attorney General
Attorney for Defendant RODRICK HICKMAN

I consent to this substitution.
Dated: 2/7/08

*/s/ Rodrick Hickman*
RODRICK HICKMAN

I accept this substitution.
Dated: 1/8/08

ANGELO, KILDAY & KILDUFF

*/s/ Bruce A. Kilday*
By:_____
BRUCE A. KILDAY
DOUGLAS R. THORN
SUSAN A. DeNARDO

**IT IS SO ORDERED.**
Dated: 2/8/2008

/s/ Ralph R. Beistline
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

-2-
SUBSTITUTION OF ATTORNEYS FOR DEFENDANT RODRICK HICKMAN

PDF created with pdfFactory trial version www.pdffactory.com