1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Ste. 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021

5  Attorneys for defendants
   P. SAHOTA, M.D., I. CARDENO, M.D.,
6  J. TORRUELLA, M.D., A. DAZO, M.D.,
   J. CHRISTISON, R.N.  MTA EASTERLING,
7  MTA FARINGER, RENEE KANAN, M.D.
   and PETER FARBER-SZEKRENYI, DR. PH
8

9           **IN THE UNITED STATES DISTRICT COURT**
              **EASTERN DISTRICT OF CALIFORNIA**
10

11  Estate of JEFFREY GAUTIER, NORMA              )   CASE NO: 2:07-CV-00390 RRB-CMK
    HOLMS, individually, and as Guardian of       )
12  DAKOTA GAUTIER,                               )   **STIPULATION OF DISMISSAL FOR**
                                                  )   **DEFENDANT I. CARDENO, M.D.**
13                  Plaintiffs,                   )
                                                  )
14  vs.                                           )
                                                  )
15  RODRICK HICKMAN, JEANNE                       )
    WOODFORD, RENEE KANAN, PETER                  )
16  FARBER-SZEKRENYI, WARDEN                      )
    MATTHEW C. KRAMER, ASSOCIATE                  )
17  WARDEN L. RIANDA, P. SAHOTA, M.D.,            )
    CMO, I. CARDENO, M.D., J.                     )
18  TORRUELLA, M.D.,A. DAZO, M.D., B.             )
    LEE, M.D., J. DUNLAP, JR, M.D., J.            )
19  CHRISTISON, R.N., W. STROUD, R.N.,            )
    MTA EASTERLING, MTA FARINGER, CO              )
20  REINALDO, CO BEBOUT, CO COATS,                )
    SGT. OLVERA, CLASSIFICATION AND               )
21  PAROLE REPRESENTATIVE, GARY                   )
    CLIFT and RENAEE MATHIS (nominal              )
22  defendant) and DOES 1 through 40,             )
    Inclusive,                                    )
23                                                )
                    Defendants.                   )
24  ─────────────────────────────────────        )

25        IT IS HEREBY STIPULATED by and between the parties to this action through

26  their designated counsel that defendant I. CARDENO, M.D. be, and hereby is,

27  dismissed with prejudice from the above-captioned action, pursuant to FRCP 41(a)(1),

28

1  each side to bear its own costs and attorneys fees.

2  Dated: 2/15/08                    LAW OFFICES OF RICHARD SELTZER

3

                                    By: /s/ *Richard Seltzer* (original signature retained by counsel)
4  _____                 RICHARD SELTZER, CSB #92317
                                    Attorneys for plaintiffs Estate of Jeffrey
5                                   Gautier, NORMA HOLMS, individually, and as
                                    Guardian of DAKOTA GAUTIER
6

7  Dated: 2/17/08                    WILLIAMS & ASSOCIATES

8

                                    By: /s/ *Kathleen J. Williams*
9  _____                           KATHLEEN J. WILLIAMS, CSB #127021
                                    Attorneys for defendants P. SAHOTA, M.D.,
10                                   CMO, I. CARDENO, M.D., J. TORRUELLA,
                                    M.D., A. DAZO, M.D.,J. CHRISTISON, R.N.
11                                   MTA EASTERLING, MTA FARINGER, RENEE
                                    KANAN, M.D. and PETER FARBER-
12                                   SZEKRENYI, DR. PH

13

14 Dated: 2/20/08                    ANGELO, KILDAY & KILDUFF

15

                                    By:/s/ *Doug Thorn* (original signature retained by counsel)
16                                   DOUG THORN, CSB #133521
                                    Attorneys for defendants RODRICK
17                                   HICKMAN, JEANNE WOODFORD,  WARDEN
                                    MATTHEW C. KRAMER, ASSOCIATE
18                                   WARDEN L. RIANDA, CO REINALDO, CO
                                    BEBOUT, CO COATS, SGT. OLVERA,
19                                   CLASSIFICATION AND PAROLE
                                    REPRESENTATIVE, GARY CLIFT and
20                                   RENAEE MATHIS

21 **IT IS SO ORDERED**

22

23 Dated: 2/21/2008
                                    /s/ Ralph R. Beistline
24                                   Hon. Ralph R. Beistline, Judge,
                                    United States District Court,
25                                   Eastern District of California

26

27

28 *Gautier v. Hickman, et al.* [Civ S 07-00390 RRB CMK]/Stip of Dismissal for Cardeno          Page 2