**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
P. SAHOTA, M.D., CMO, I. CARDENO, M.D.,
J. TORRUELLA, M.D., A. DAZO, M.D.,
J. CHRISTISON, R.N. MTA EASTERLING,
MTA FARINGER, RENEE KANAN, M.D.
and PETER FARBER-SZEKRENYI, DR. PH

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of JEFFREY GAUTIER, NORMA HOLMS, individually, and as Guardian of DAKOTA GAUTIER,<br><br>             Plaintiffs,<br><br>vs.<br><br>RODRICK HICKMAN, JEANNE WOODFORD, RENEE KANAN, PETER FARBER-SZEKRENYI, WARDEN MATTHEW C. KRAMER, ASSOCIATE WARDEN L. RIANDA, P. SAHOTA, M.D., CMO, I. CARDENO, M.D., J. TORRUELLA, M.D.,A. DAZO, M.D., B. LEE, M.D., J. DUNLAP, JR, M.D., J. CHRISTISON, R.N., W. STROUD, R.N., MTA EASTERLING, MTA FARINGER, CO REINALDO, CO BEBOUT, CO COATS, SGT. OLVERA, CLASSIFICATION AND PAROLE REPRESENTATIVE, GARY CLIFT and RENAEE MATHIS (nominal defendant) and DOES 1 through 40, Inclusive,<br><br>             Defendants. | CASE NO: 2:07-CV-00390 RRB-CMK<br><br>**STIPULATION OF DISMISSAL FOR DEFENDANT A. DAZO, M.D.** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that defendant A. DAZO, M.D. be, and hereby is, dismissed with prejudice from the above-captioned action, pursuant to FRCP 41(a)(1), each side

*Gautier v. Hickman, et al.* [Civ S 07-00390 RRB CMK]/Stip of Dismissal for Dazo                                      Page 1

1 | to bear its own costs and attorneys fees.

2 | Dated: 2/15/08     LAW OFFICES OF RICHARD SELTZER

3

4 | By: /s/ *Richard Seltzer* (original signature retained by counsel)
RICHARD SELTZER, CSB #92317
Attorneys for plaintiffs Estate of Jeffrey
5 | Gautier, NORMA HOLMS, individually, and as
Guardian of DAKOTA GAUTIER

6

7 | Dated: 2/17/08     WILLIAMS & ASSOCIATES

8

9 | By: /s/ *Kathleen J. Williams*
KATHLEEN J. WILLIAMS, CSB #127021
Attorneys for defendants P. SAHOTA, M.D.,
10 | CMO, I. CARDENO, M.D., J. TORRUELLA,
M.D., A. DAZO, M.D.,J. CHRISTISON, R.N.
11 | MTA EASTERLING, MTA FARINGER, RENEE
KANAN, M.D. and PETER FARBER-
12 | SZEKRENYI, DR. PH

13

14 | Dated: 2/20/08     ANGELO, KILDAY & KILDUFF

15

16 | By:/s/ *Doug Thorn* (original signature retained by counsel)
DOUG THORN, CSB #133521
Attorneys for defendants RODRICK
17 | HICKMAN, JEANNE WOODFORD,  WARDEN
MATTHEW C. KRAMER, ASSOCIATE
18 | WARDEN L. RIANDA, CO REINALDO, CO
BEBOUT, CO COATS, SGT. OLVERA,
19 | CLASSIFICATION AND PAROLE
REPRESENTATIVE, GARY CLIFT and
20 | RENAEE MATHIS

21 | **IT IS SO ORDERED**

22

23 | Dated: 02/21/2008

/s/ Ralph R. Beistline
Hon. Ralph R. Beistline, Judge,
24 | United States District Court,
Eastern District of California

25

26

27

28 | *Gautier v. Hickman, et al.* [Civ S 07-00390 RRB CMK]/Stip of Dismissal for Dazo                    Page 2