**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
P. SAHOTA, M.D., CMO,
I. CARDENO, M.D., J. TORRUELLA, M.D.,
A. DAZO, M.D.,J. CHRISTISON, R.N.
MTA EASTERLING, MTA FARINGER,
 RENEE KANAN, M.D. and PETER FARBER-SZEKRENYI, DR. PH

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JEFFREY GAUTIER, NORMA HOLMS, individually, and as Guardian of DAKOTA GAUTIER,<br><br>    Plaintiffs,<br><br>vs.<br><br>RODRICK HICKMAN, JEANNE WOODFORD, RENEE KANAN, PETER FARBER-SZEKRENYI, WARDEN MATTHEW C. KRAMER, ASSOCIATE WARDEN L. RIANDA, P. SAHOTA, M.D., CMO, I. CARDENO, M.D., J. TORRUELLA, M.D.,A. DAZO, M.D., B. LEE, M.D., J. DUNLAP, JR, M.D., J. CHRISTISON, R.N., W. STROUD, R.N., MTA EASTERLING, MTA FARINGER, CO REINALDO, CO BEBOUT, CO COATS, SGT. OLVERA, CLASSIFICATION AND PAROLE REPRESENTATIVE, GARY CLIFT and RENAEE MATHIS (nominal defendant) and DOES 1 through 40, Inclusive,<br><br>    Defendants. | CASE NO: 2:07-CV-00390 RRB-CMK<br><br>**STIPULATION OF DISMISSAL FOR DEFENDANT MTA FARINGER** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that defendant MTA FARINGER be, and hereby is, dismissed

*Gautier v. Hickman, et al.* [Civ S 07-00390 RRB CMK]/Stip of Dismissal for Faringer          Page 1

with prejudice from the above-captioned action, pursuant to FRCP 41(a)(1), each side to bear its own costs and attorneys fees.

Dated: 2/15/08          LAW OFFICES OF RICHARD SELTZER

By: /s/ *Richard Seltzer* (original signature retained by counsel)
RICHARD SELTZER, CSB #92317
Attorneys for plaintiffs Estate of Jeffrey Gautier, NORMA HOLMS, individually, and as Guardian of DAKOTA GAUTIER

Dated: 2/17/08          WILLIAMS & ASSOCIATES

By: /s/ *Kathleen J. Williams*
KATHLEEN J. WILLIAMS, CSB #127021
Attorneys for defendants P. SAHOTA, M.D., CMO, I. CARDENO, M.D., J. TORRUELLA, M.D., A. DAZO, M.D.,J. CHRISTISON, R.N. MTA EASTERLING, MTA FARINGER, RENEE KANAN, M.D. and PETER FARBER-SZEKRENYI, DR. PH

Dated: 2/20/08          ANGELO, KILDAY & KILDUFF

By:/s/ *Doug Thorn* (original signature retained by counsel)
DOUG THORN, CSB #133521
Attorneys for defendants RODRICK HICKMAN, JEANNE WOODFORD, WARDEN MATTHEW C. KRAMER, ASSOCIATE WARDEN L. RIANDA, CO REINALDO, CO BEBOUT, CO COATS, SGT. OLVERA, CLASSIFICATION AND PAROLE REPRESENTATIVE, GARY CLIFT and RENAEE MATHIS

**IT IS SO ORDERED**

Dated: 02/21/2008

/s/ Ralph R. Beistline
Hon. Ralph R. Beistline, Judge,
United States District Court,
Eastern District of California