**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
P. SAHOTA, M.D., CMO, I. CARDENO, M.D.,
J. TORRUELLA, M.D., A. DAZO, M.D.,
J. CHRISTISON, R.N. MTA EASTERLING,
MTA FARINGER, RENEE KANAN, M.D.
and PETER FARBER-SZEKRENYI, DR. PH

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of JEFFREY GAUTIER, NORMA HOLMS, individually, and as Guardian of DAKOTA GAUTIER,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>RODRICK HICKMAN, JEANNE WOODFORD, RENEE KANAN, PETER FARBER-SZEKRENYI, WARDEN MATTHEW C. KRAMER, ASSOCIATE WARDEN L. RIANDA, P. SAHOTA, M.D., CMO, I. CARDENO, M.D., J. TORRUELLA, M.D.,A. DAZO, M.D., B. LEE, M.D., J. DUNLAP, JR M.D., J. CHRISTISON, R.N., W. STROUD, R.N., MTA EASTERLING, MTA FARINGER, CO REINALDO, CO BEBOUT, CO COATS, SGT. OLVERA, CLASSIFICATION AND PAROLE REPRESENTATIVE, GARY CLIFT and RENAEE MATHIS (nominal defendant) and DOES 1 through 40, Inclusive,<br><br>　　　　　　　Defendants. | CASE NO: 2:07-CV-00390 RRB-CMK<br><br>**STIPULATION AND ORDER REGARDING VACATING PRETRIAL AND TRIAL DATES** |

　　　　Counsel for the all parties hereby stipulate to vacating all the pretrial and trial dates.

　　　　The parties request that this matter be scheduled for a settlement conference on

either April 15, 16 or 18, 2008.  The office of Angelo, Kilday and Kilduff has a conflict with Magistrate Kellison acting as the settlement conference judge.  The parties are amenable to having Magistrate Mueller, Hollows, Drozd or Moulds act as the settlement conference judge.

| Dated: 2/20/08 | LAW OFFICES OF RICHARD SELTZER |
|---|---|
| | By: /s/ *Richard Seltzer* (original signature retained by counsel) <br> RICHARD SELTZER, CSB #92317 <br> Attorneys for plaintiffs Estate of Jeffrey Gautier, NORMA HOLMS, individually, and as Guardian of DAKOTA GAUTIER |
| Dated: 2/20/08 | WILLIAMS & ASSOCIATES |
| | By: /s/ *Kathleen J. Williams* <br> KATHLEEN J. WILLIAMS, CSB #127021 <br> Attorneys for defendants, P. SAHOTA, M.D., CMO, I. CARDENO, M.D., J. TORRUELLA, M.D., A. DAZO, M.D., J. CHRISTISON, B. KANAN, M.D., MTA EASTERLING and MTA FARINGER |
| Dated: 2/20/08 | ANGELO, KILDAY & KILDUFF |
| | By: /s/ *Doug Thorn* (original signature retained by counsel) <br> DOUG THORN, CSB #133521 <br> Attorneys for defendants RODRICK HICKMAN, JEANNE WOODFORD, WARDEN MATTHEW C. KRAMER, ASSOCIATE WARDEN L. RIANDA, CO REINALDO, CO BEBOUT, CO COATS, SGT. OLVERA, CLASSIFICATION AND PAROLE REPRESENTATIVE, GARY CLIFT and RENAEE MATHIS |

**IT IS SO ORDERED**

| Dated: 02/21/2008 | /s/ Ralph R. Beistline <br> Hon. Ralph R. Beistline, Judge, <br> United States District Court, <br> Eastern District of California |
|---|---|