| | |
|---|---|
| 1 | BRUCE A. KILDAY, ESQ., SB No. 066415 |
| 2 | DOUGLAS R. THORN, SB No. 133521 |
|   | SUSAN A. DeNARDO, SB No. 235166 |
| 3 | **ANGELO, KILDAY & KILDUFF** |
|   | Attorneys at Law |
| 4 | 601 University Avenue, Suite 150 |
| 5 | Sacramento, CA  95825 |
|   | Telephone:  (916) 564-6100 |
| 6 | Telecopier:  (916) 564-6263 |
| 7 | Attorneys for Defendants |

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Estate of JEFFREY GAUTIER, NORMA HOLMS, individually, and as Guardian of DAKOTA GAUTIER | ) ) ) ) | Case No.: 2:07-CV-00390 JAM-CMK  **STIPULATION AND ORDER TO DISMISS** |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | |
| RODERICK HICKMAN, JEANNE WOODFORD, RENEE KANAN, PETER FARBER-SZEKRENYI, WARDEN MATTHEW C. KRAMER, ASSOCIATE WARDEN L. RIANDA, P. SAHOTA, M.D., CMO, I. CARDENO, M.D., J. TORRUELLA, M.D., A. DAZO, M.D., B. LEE, M.D., J. DUNLAP JR. M.D., J. CHRISTISON, RN, W. STROUD, RN, MTA EASTERLING, MTA FARINGER, CO REINALDO, CO BEBOUT, CO COATS, SGT. OLVERA, CLASSIFICATION AND PAROLE REPRESENTATIVE, GARY CLIFT and RENAEE MATHIS (nominal defendant) and DOES 1 through 40, Inclusive. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

PDF created with pdfFactory trial version www.pdffactory.com

The parties, by and through their attorneys of record, hereby stipulate and agree as follows:

1. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the following defendants should be, and hereby are, dismissed from the case with prejudice:

Rodrick Hickman

Jeanne Woodford

Warden Mathew Kramer

Associate Warden Linda Rianda

Correctional Officer Reinaldo

Correctional Officer Bebout

Correctional Officer Coats

Sergeant Olvera

2. Each side shall bear its own attorneys fees and costs.

ANGELO, KILDAY & KILDUFF

Date: May 4, 2008

*/s/ Douglas R. Thorn*

Douglas R. Thorn
Attorneys for Dismissed Defendants

LAW OFFICES OF RICHARD SELTZER

Date: May 4, 2008

*/s/Richard Seltzer*

Richard Seltzer
Attorneys for Plaintiffs

-2-
STIPULATION AND ORDER TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com

WILLIAMS & ASSOCIATES

Date: May 4, 2008

*/s/ Kathleen J. Williams*

Kathleen J. Williams
Attorneys for Medical Defendants

## ORDER

The Court has considered the stipulation of the parties, and good cause appearing therefore, hereby adopts the stipulation of the parties as an order of the Court.

Date: May 5, 2008

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com