IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JEFFREY GAUTIER, et al,<br>    Plaintiffs<br>    v.<br><br>RODRICK HICKMAN, et al<br><br>    Defendants. | Civ.S-07-390 JAM CMK<br><br>O R D E R |

Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate."  See 28 U.S.C. § 636(a)(5) and (c).  According to E.D. Cal. R. 73-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

1

1  The undersigned has reviewed the file herein and recommends
2 that the above-captioned case be reassigned and referred to the
3 magistrate judge for all further proceedings and entry of final
4 judgment.

5  IT IS HEREBY ORDERED that any hearing dates currently set
6 before the undersigned are VACATED.

7  IT IS FURTHER ORDERED that the Clerk of the Court reassign
8 this case to the Honorable Gregory G. Hollows, Magistrate Judge.
9 The parties shall please take note that all documents hereafter
10 filed with the Clerk of the Court shall bear case number Civ.S-
11 07-390 GGH

Dated: June 16, 2008

/s/John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

 Having also reviewed the file, I accept reference of this
case for all further proceedings and entry of final judgment.

Dated: 06/18/08

/s/ Gregory G. Hollows
HON. GREGORY G. HOLLOWS
United States Magistrate Judge

gautier.cons

2