```
LAW OFFICES OF RICHARD SELTZER
RICHARD A. SELTZER, SBN 92317
2 Theatre Square, Suite 234
Orinda, California 94563
Telephone: (925) 253-7909
Facsimile: (925) 254-0550
```

Attorneys for Plaintiffs, Estate of JEFFREY GAUTIER, NORMA HOLMS, individually, and as Guardian of DAKOTA GAUTIER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JEFFREY GAUTIER, NORMA HOLMS, individually, and as Guardian of DAKOTA GAUTIER<br><br>         Plaintiffs,<br>vs.<br><br>RODERICK HICKMAN, et.al.<br><br>         Defendants.<br>_____/ | CASE NO. Civ.S-07-390 GGH<br><br>**ORDER APPROVING MINOR'S COMPROMISE**<br><br>**Magistrate Judge Gregory G. Hollows Pursuant to Stipulation Consenting to Jurisdiction** |

1.  Petitioner, Norma Holms, Court-appointed Guardian of Dakota Gautier, a minor, has petitioned the Court for approval of a proposed compromise of a pending claim of Dakota Gautier in connection with the above-captioned case, and approval of a proposed distribution of the proceeds fo the settlement.

2.  On June 9, 2008, in a Settlement Conference before Magistrate Judge Gregory G. Hollows, the parties reached a settlement in connection with the claims of Dakota Gautier in the amount of $100,000.00.

3.  The settlement proceeds of $100,000.00 are to be paid by the California Department of Corrections and Rehabilitation (CDCR).

\\\\\

\\\\\

\\\\\

4.  **THE COURT ORDERS:**

a. The Petition is granted and the proposed compromise of the action and proposed distribution of the proceeds are approved. The gross amount of the settlement in favor of minor, Dakota Gautier, is $100,000.00.

b. CDCR shall issue a check in the amount of $100,000.00 payable to Norma Holms, as Guardian of Dakota Gautier, and Richard Seltzer, attorney, and deliver it to Law Offices of Richard Seltzer, Two Theatre Square, suite 234, Orinda, CA 94563.

c.  The proceeds of the $100,000.00 check issued by CDCR payable to Norma Holms, as Guardian of Dakota Gautier, and Richard Seltzer, attorney, shall be disbursed in the following manner and for the following purposes:

(1)   Richard Seltzer should be paid  attorney's fees in the amount of $25,000.00, and reimbursed items of expense in the total amount of $10,668.37, which have been incurred or paid in connection with this litigation.

(2)   $14,331.63 shall be paid out of the Client's Trust Account of Richard Seltzer to Norma Holms, as Guardian of Dakota Gautier, for the purpose of purchasing a vehicle which will provide reliable transportation for Dakota Gautier for Dakota Gautier's school and outside activities and such other necessities of the household.  The amount remaining, if any, after the purchase of the vehicle, shall be used by Dakota Gautier's legal Guardian, Norma Holms, for the benefit of Dakota Gautier for such items as the purchase of clothes or sports equipment or fees for participation of Dakota Gautier in activities and programs.  All expenditures in connection with the $14,331.63 shall be promptly accounted for by Norma Holms, in written form to attorney, Richard Seltzer, and shall be maintained by him.

(3)   The remaining proceeds of the settlement, $50,000.00, shall be paid out of the Client's Trust Account of Richard Seltzer, to open an account at Bank of America, 3044 Sacramento St.,  Placerville, CA  95667, in the name of Norma Holms, Legal Guardian of Dakota Gautier, a minor, and Dakota Gautier.  The account shall be continuously invested in one year certificates of deposit.  Absent a Court Order providing otherwise, the proceeds of the account may be withdrawn  by Dakota Gautier only after he reaches his 18th birthday, which will

1. be on November 23, 2013.  No other withdrawals by any other person are authorized absent order
2. of the court.
3. Dated: 06/27/08            /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE
4. holms.so