IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Estate of JEFFREY GAUTIER, NORMA HOLMS, individually, and as Guardian of DAKOTA GAUTIER,

    Plaintiff,

vs.

RODERICK HICKMAN, et al.,

    Defendants.

_____/

No. CIV S-07-0390 GGH

ORDER

    This case having been settled and an order approving minor's compromise having been issued, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

Dated: 08/15/08

    /s/ Gregory G. Hollows

    _____
    U.S. Magistrate Judge

GGH:076
Gautier390.dis.wpd