1

2

3

4

5                                 UNITED STATES DISTRICT COURT

6                          FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    Estate of JEFFREY GAUTIER, NORMA              No.  2:07-cv-0390 GGH
     HOLMS, individually, and as Guardian of
9    DAKOTA GAUTIER,

10                    Plaintiffs,                  ORDER

11          v.

12   RODERICK HICKMAN, et al.,

13                    Defendants.

14

15

16          Pursuant to the Order Approving Minor's Compromise filed June 27, 2008, Dakota

17   Gautier through his guardian, Norma Holms, may withdraw $20,500.00 from the settlement

18   proceeds in the amount requested for soon to be incurred college related expenses.  After he turns

19   eighteen (18) on November 23, 2013, Dakota Gautier may thereafter withdraw funds without

20   further order of the court.  For all expenses incurred prior to November 23, 2013, Ms. Holms shall

21   submit expenditure receipts to the Court.  If a new car is purchased, Ms. Holms shall account for

22   the disposition of the car previously purchased as permitted by the June 27, 2008 Order.

23          The Clerk shall mail a copy of this order to Ms. Norma Holms at her current address:

24   1798 Union Ridge Road, Placerville, CA, 95667.

25   Dated: July 16, 2013
                                             /s/ Gregory G. Hollows
26
                                             UNITED STATES MAGISTRATE JUDGE
27

     gautier0390.ord
28

                                                    1