UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Estate of JEFFREY GAUTIER, NORMA HOLMS, individually, and as Guardian of DAKOTA GAUTIER,<br><br>Plaintiffs,<br><br>v.<br><br>RODERICK HICKMAN, et al.,<br><br>Defendants. | No. 2:07-cv-0390 GGH<br><br>ORDER |
|---|---|

Pursuant to the Order Approving Minor's Compromise filed June 27, 2008, Dakota Gautier through his guardian, Norma Holms, may withdraw $20,500.00 from the settlement proceeds in the amount requested for soon to be incurred college related expenses. After he turns eighteen (18) on November 23, 2013, Dakota Gautier may thereafter withdraw funds without further order of the court. For all expenses incurred prior to November 23, 2013, Ms. Holms shall submit expenditure receipts to the Court. If a new car is purchased, Ms. Holms shall account for the disposition of the car previously purchased as permitted by the June 27, 2008 Order.

The Clerk shall mail a copy of this order to Ms. Norma Holms at her current address: 1798 Union Ridge Road, Placerville, CA, 95667.

Dated: July 18, 2013

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

gautier0390.ord

1